15442

WEBER v. PERRY

(21 S. E. (2d), 193)

10

12

*Mr. T. B. Bryant* and *Messrs. Felder* and *Rosen,* all of Orangeburg, Counsel for Appellant,

*Messrs. Zeigler* and *Brailsford,* of Orangeburg, counsel for Respondent,

July 9, 1942.

The Opinion of the Court was delivered by MR. ASSO-CIATE JUSTICE STUKES:

This Court is satisfied with the correctness of the conclusions of his Honor, Judge Greene, who heard the demurrer in this case on circuit. His order, dated December 22, 1941, will be reported. The exceptions have been carefully considered and are overruled.

Affirmed.

MR. CHIEF JUSTICE BONHAM, MR. ASSOCIATE JUSTICE FISHBURNE and CIRCUIT JUDGES PHILIP H. STOLL and E. H. HENDERSON, ACTING ASSOCIATE JUSTICES, concur.